UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>  )<br>VY PHAM,  )<br>  )<br>      Defendant.  ) | Case No. MAG. 10-0010 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VY PHAM, Case No. MAG. 10-0010 DAD,

Charge Title 21 USC §§ 846; 841(a)(1) , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

_ Release on Personal Recognizance

X Bail Posted in the Sum of $ 25,000.00

X Unsecured Appearance Bond  co signed by brother

_ Appearance Bond with 10% Deposit

_ Appearance Bond with Surety

_ Corporate Surety Bail Bond

X (Other)   Pretrial Services Supervision of
                 Conditions of release

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2010 at 3:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge